HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:   (310) 785-4601
michael.maddigan@hoganlovells.com

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware Corporation doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota Corporation licensed to do business in California, and DOES 1 through 100,  Inclusive,<br><br>Defendants. | Case No.  2:16-cv-01773-KJM-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND ORDER THEREON**<br>**(E.D. L.R. 144(A))**<br><br>Complaint served: June 15, 2016<br><br>Action Removed: July 28, 2016<br><br>Current Response Date: September 1, 2016<br><br>New Response Date: September 7, 2016 |

This Stipulation is entered into with respect to the following facts:

1. Whereas Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff") initially filed this action in the Superior Court for the County of Shasta, Case Number 185047, on June 15, 2016;

2. Whereas Defendant United Healthcare Services, Inc. ("Defendant") removed the underlying state court action to this Court on July 28, 2016;

3. Whereas, pursuant to Local Rule 144(a), the parties previously stipulated that Defendant would have until September 1, 2016 to file its response to the initial complaint;

4. Whereas, due to unanticipated personal and professional matters, and the upcoming Labor Day holiday, Defendant's counsel has requested a brief extension – until September 7, 2016 – to file its response to the initial complaint;

5. Whereas, Plaintiff has agreed to grant Defendant this short extension of time;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for Plaintiff and Defendant that:

> Defendant's answer or response to the Complaint is now due on or before September 7, 2016.

**SO STIPULATED.**

Dated:   August 31, 2016            HOGAN LOVELLS US LLP
                                    MICHAEL M. MADDIGAN


                                    By:  /s/  Michael M. Maddigan
                                    _____
                                    Michael M. Maddigan
                                    Attorney for Defendant
                                    UNITED HEALTHCARE
                                    SERVICES, INC.

| | |
|---|---|
| 1  Dated: August 31, 2016 | TROY A. SHELL |
| 2 | BRIAN WONG |
|   | SEPAND AKHAVANHAIDARY |
| 3 | JOHN NUELLE |
|   | OLIVER TOMAS |
| 4 | |
| 5 | By: /s/ Sepand Akhavanhaidary |
| 6 | Sepand Akhavanhaidary |
|   | Attorneys for Plaintiff Prime |
| 7 | Healthcare Services – Shasta, LLC |

# **ORDER**

The Court has reviewed the parties' stipulation to extend Defendant's deadline to respond to the complaint, and it appears that there is good cause to GRANT the requested relief. Accordingly, the Court hereby ORDERS that:

1. Defendant's response to the complaint shall be due on or before September 7, 2016.

Dated: September 1, 2016

_____
UNITED STATES DISTRICT JUDGE