UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware Corporation doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota Corporation licensed to do business in California, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-01773-KJM-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable Kimberly J. Mueller |

# ORDER

On October 14, 2016, at 10:00 a.m., the Court held a hearing on the Motion by Defendant United Healthcare Services, Inc. to dismiss the Complaint filed by Plaintiff Prime Healthcare Services – Shasta, LLC, pursuant to Federal Rule of Civil Procedure 8(a), 12(b)(1) and 12(b)(6).

The Court, having considered the parties' briefing, the argument of counsel, and the applicable legal authority, for good cause shown, HEREBY ORDERS that:

1. Defendant's Motion to Dismiss is granted pursuant to Rule 12(b)(1) on the grounds that, to the extent that the underlying claims at issue involve Medicare claims, this Court lacks subject matter jurisdiction to hear those claims because Prime failed to exhaust the Medicare appeals process as required by 42 U.S.C. § 405(h) of the Medicare Act prior to filing suit.

2. Defendant's Motion to Dismiss also is granted pursuant to Rule 12(b)(6) on the additional grounds that, to the extent that they are based on underlying claims for medical services rendered to Medicare Advantage members, Plaintiff's claims are preempted by Federal Medicare law.

3. Defendant's Motion to Dismiss also is granted pursuant to Rules 8(a) and 12(b)(6) on the separate and independent grounds that the Complaint fails to state a claim upon which relief can be granted.  The Complaint fails to allege facts sufficient to state a claim for relief for violations of California's unfair competition law, *quantum meruit*, breach of contract – third party beneficiary, breach of contract – assignment from members, and breach of the covenant of good faith and fair dealing.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                         Kimberly J. Mueller
                                                         United States District Judge

- 1 -

PROPOSED ORDER

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | Respectfully Submitted,

3 | HOGAN LOVELLS US LLP
MICHAEL M. MADDIGAN
POOPAK NOURAFCHAN

6 | By: /s/ Michael M. Maddigan, Esq.
     Michael M. Maddigan
     Attorney for Defendant
     UNITED HEALTHCARE
     SERVICES, INC.