1  A. Joel Richlin, Esq. (SBN 246318)
    *jrichlin@primehealthcare.com*
2  Bryan Wong, Esq. (SBN 205573)
    *bwong@primehealthcare.com*
3  3300 East Guasti Road, 3rd Floor
   Ontario, California  91761
4  Telephone:  (909) 235-4400

5  *Attorneys for Plaintiff,*
   *Prime Healthcare Services – Shasta, LLC*
6  *d.b.a. Shasta Regional Medical Center*

7

8  Michael M. Maddigan, Esq. (SBN 163450)
    *michael.maddigan@hoganlovells.com*
   HOGAN LOVELLS US LLP
9  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
10 Telephone:  (310) 785 4600
   Fax:  (310) 785 4601

11

12 *Attorneys for Defendant*
   *United Healthcare Services, Inc.*

13

14 **UNITED STATES DISTRICT COURT**

15 **EASTERN DISTRICT OF CALIFORNIA**

16 PRIME HEALTHCARE SERVICES-    Case No. 2:16-cv-01773-KJM-CKD
   SHASTA, LLC a Delaware Corporation
17 doing business as Shasta Regional    **JOINT STIPULATION FOR**
   Medical Center,                       **DISMISSAL OF ACTION**
18                                        **WITHOUT PREJUDICE**
                Plaintiff,                **PURSUANT TO FEDERAL RULE**
19                                        **OF CIVIL PROCEDURE**
        vs.                               **41(a)(1)(A)(ii)**
20
21 UNITED HEALTHCARE SERVICES,
   INC., a Minnesota Corporation licensed to
22 do business in California, DOES 1
   through 100, Inclusive,
23
                Defendants.
24

25

26

27

28

BN 31290246v1

# JOINT STIPULATION

WHEREAS, on June 15, 2016, Plaintiff Prime Healthcare Services-Shasta, LLC ("Prime") filed a Complaint in the Shasta County Superior Court against Defendant United Healthcare Services, Inc. ("UHC") (collectively the "Parties");

WHEREAS, on July 28, 2016, UHC removed the state court action to this Court based on both diversity and federal question jurisdiction;;

WHEREAS, on September 29, 2017, the Court granted UHC's Motion to Dismiss Prime's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), with leave to amend;

WHEREAS, Prime hereby dismisses all of the claims for relief and damages asserted against UHC in the Complaint without prejudice;

WHEREAS, Prime does not intend to pursue any claims for relief or damages for the underlying medical claims at issue in the Complaint in any other forum;

NOW THEREFORE, Prime and UHC hereby jointly stipulate that this action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Because the parties jointly stipulate to this dismissal, Federal Rule of Civil Procedure 41(a)(1)(ii) does not require any Order of the Court.

IT IS SO STIPULATED.


DATED:  October 30, 2017


By:  */s/ A. JOEL RICHLIN*
A. Joel Richlin
*Attorneys for Plaintiff*
*Prime Healthcare Services – Shasta,*
*LLC d.b.a. Shasta Regional Medical*
*Center*

DATED:  October 30, 2017                    HOGAN LOVELLS US LLP


By:  */s/ MICHAEL MADDIGAN*
                          Michael M. Maddigan
                          *Attorneys for Defendant*
                          *United Healthcare Services, Inc.*

BN 31290246v1